UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MATTHEW RIZZUTO,

                                  Plaintiff,

– against –

BILL DE BLASIO, Individually and as Mayor of the
City of New York, THE CITY OF NEW YORK,
DAVID A. HANSEL, Individually and as Commissioner,
City of New York Administration For Children's Services,
CITY OF NEW YORK ADMINISTRATION FOR
CHILDREN'S SERVICES, SEYMOR W. JAMES, JR.,
Individually and as Attorney-In-Chief of The Legal Aid
Society, LEGAL AID SOCIETY. ROBERT J. MAHON,
Individually and as Executive Director SCO Family of
Services, SCO FAMILY OF SERVICES f/k/a
ST. CHRISTOPHER OTTILIE, SAMUEL ANTUPIT and
LORETTA ANTUPIT,

                                  Defendants.
---------------------------------------------------------------------X

Case No. 17 CIV 07381 (ILG) (SLT)

**NOTICE OF CHANGE**

       PLEASE TAKE NOTICE, that Defendants The Legal Aid Society, and Seymour W. James, Jr., are no longer represented by Rosen & Livingston. All notices should be sent to: Peter I. Livingston, Anderson Kill P.C., 1251 Avenue of the Americas, New York, NY 10020, Tel: (212) 278-1000, Fax: (212) 212-278-1733, Email: plivingston@andersonkill.com and demand that all papers in this action be served upon the undersigned at the office and address stated below, by email and by ECF.

Dated:  New York, New York
          April 18, 2018

                                                 Yours, *etc.*

                                                 ANDERSON KILL P.C.

                                                 By: /s/ Peter I. Livingston
                                                       Peter I. Livingston, Esq.
                                               plivingston@andersonkill.com
                                             Attorneys for Defendants Legal Aid Society
                                             and Seymour W. James, Jr.
                                             1251 Avenue of the Americas
                                             New York, New York 10020
                                             Tel. (212) 278-1000
                                             Fax. (212) 278-1733