**BARRY MCTIERNAN & MOORE LLC**
COUNSELORS AT LAW
2 RECTOR ST. (101 GREENWICH ST.), 14th FLOOR
NEW YORK, NEW YORK 10006
TEL: (212) 313-3600
FAX: (212) 608-8901
FAX: (212) 608-8902 (TOXIC TORT)

WESTCHESTER OFFICE
55 CHURCH STREET
WHITE PLAINS, N.Y. 10601
TEL: (914) 946-1030
FAX: (914) 946-3814

NEW JERSEY OFFICE
15 QUAKER HILL LANE
RANDOLPH, N.J. 07869
TEL: (973) 366-1004
FAX: (212) 608-8901

May 9, 2018

**VIA ECF**
Magistrate Judge Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE: *Rizzuto v. Bill De Blasio, et al.*
            17-cv-7381 (ILG) (ST)

Dear Magistrate Tiscione:

    The undersigned represents defendants Bill De Blasio, City of New York, and David A. Hansel in the action referenced above. The City Defendants respectfully request that the conference currently scheduled for May 11, 2018 be rescheduled for the afternoon of May 24, 2018 as counsel for the City Defendants is unable to appear on May 11, 2018 due to a prior engagement. All parties have been consulted regarding the City Defendants' request and are available on May 24, 2018.

    This is the City Defendants first request for an adjournment of this conference. Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned. Thank you.

                Respectfully Submitted,

                Barry McTiernan & Moore LLC

                *s/ Courtney Chadwell*
                Courtney A. Chadwell

cc:

(by ECF)

Robert S. Delmond
Conway, Farrell, Curtin & Kelly, P.C.
Attorneys for Defendants
Robert J. McMahon and
SCO Family of Services
48 Wall Street, 20th Floor
New York, NY 10005
(212) 785-2929

Peter I. Livingston
Anderson Kill, P.C.
Attorneys for Defendants
Seymour W. James, Jr. and
Legal Aid Society
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1733

Donald N. Rizzuto
Attorney for Plaintiff
1 Sylvan Place, Suite 1B
Valley Stream, New York 11581
(917) 796-5682


(by Email)

Samuel Antupit & Loretta Antupit
Defendants
23 Mallard Drive
Avon, CT 06001
Antupit1@sbcglobal.net