**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 24, 2018 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-7381 (ILG) |
| **NAME OF CASE(S):** | **RIZZUTO V. DE BLASIO ET AL.** |
| **FOR PLAINTIFF(S):** | Rizzuto |
| **FOR DEFENDANT(S):** | Livingston, Delmond, Chadwell, Antiputs (pro se) |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 1:30 - 2:39 |

**RULINGS FROM DISCOVERY HEARING:**

Defendant's Motion for Extension of Time to Answer [30] is terminated as moot.

Plaintiff's Motion for Leave to Amend the Complaint [40] is denied with leave to renew following a determination on the Motion to Disqualify Plaintiff's counsel.

Defendants' request [44] to have the exhibits attached to Plaintiffs' Motion to Compel [43] stricken from the record is granted in part. Since many of the exhibits contain information that should have been redacted prior to being publicly filed, the Court will seal Plaintiff's Motion [43] and restrict access to just the parties in the case.

For the reasons discussed on the record, Plaintiff's Motion to Compel [43] is denied.

Plaintiff's response to Defendants' Motion for disqualification shall be served on Defendants by June 29, 2018. Defendants' Reply shall be due on July 13, 2018. Defendants will file the fully briefed motion on July 13, 2018.

Pro Se defendants given permission to appear by telephone for future conferences unless otherwise ordered by the Court.