**Donald N. Rizzuto, Esq.**
Attorney/Counselor at Law
**Donald N. Rizzuto, Esq., P.C.**
1 Sylvan Place, Suite 1B
Valley Stream, New York 11581
Tel.: (917) 796-5682
E-mail: drizzutoesq@hotmail.com

June 28, 2018

**VIA ECF ONLY**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Rizzuto v. DeBlasio, *et al.*
Docket No.: 17-cv-07381(ILG)(SLT)

Dear Magistrate Judge Tiscione,

    This office represents the Plaintiff, Matthew Rizzuto, in the above entitled action.

    As the Court is aware, a motion is pending to disqualify this counsel as attorney for the Plaintiff in the action. This office was ordered to submit its opposition to the motion by June 29, 2018 with reply to be interposed no later than July 13, 2018.

    This office respectfully requests an extra week to enter its opposition due to the fact that Plaintiff is away and unable to faithfully execute his declaration in furtherance of Plaintiff's opposition papers.

    I have conferred with adversarial counsels who all consent that the time to file the Plaintiff's opposition be extended one week to July 6, 2018 while affording the defendants the opportunity to file their reply by July 20, 2018.

    No prior relief of this kind has ever been requested by this counsel.

    Thank you for your courtesy.

With respect to the Court,

Donald N. Rizzuto, Esq. (DR7722)
