UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MATTHEW RIZZUTO,

        Plaintiff,

  - against -

BILL DE BLASIO, et al.,

        Defendants.
-------------------------------------------------------------X

**ORDER**
**CV-17-7381 (ILG)**

**TISCIONE, Magistrate Judge:**

The motion to proceed in forma pauperis dated February 21, 2018, docket entry [34] filed by defendants Loretta Antupit and Samuel Antupit is granted.  The motion to appoint counsel dated February 21, 2018, docket entry [33] also filed by defendants Loretta Antupit and Samuel Antupit is denied at this time, without prejudice to renew at a later stage of the litigation when the Court is in a better position to assess the substance of the alleged defenses.

**SO ORDERED.**

                                                                                s/
                                                  **STEVEN L. TISCIONE**
                                                  **UNITED STATES MAGISTRATE JUDGE**

**Dated: Brooklyn, New York**
**August 2, 2018**