UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MATTHEW RIZZUTO,

                              Plaintiff,          17-CV-7381 (ILG) (ST)

    -against-

BILL DE BLASIO, Individually and as Mayor of the
City of New York, THE CITY OF NEW YORK,
DAVID A. HANSEL, Individually and as Commissioner,    **NOTICE OF**
City of New York Administration For Children's Services,    **APPEARANCE**
CITY OF NEW YORK ADMINISTRATION FOR
CHILDREN'S SERVICES, SEYMOR W. JAMES, JR.,
Individually and as Attorney-In-Chief of The Legal Aid Society,
LEGAL AID SOCIETY, ROBERT J. MAHON,
Individually and as Executive Director SCO Family of Services,
SCO FAMILY OF SERVICES f/k/a
ST. CHRISTOPHER OTTILIE, SAMUEL ANTUPIT and
LORETTA ANTUPIT,

                              Defendants.
-------------------------------------------------------------------x
To: The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for:

        MATTHEW RIZZUTO, Plaintiff

Dated: May 28, 2019

                                                Stephen M. Apollo, Esq. SA0575

                                                405 Lexington Avenue 26th Floor
                                                New York, New York 10174
                                                212.980.2055
                                                Sapollo18@aol.com
                                                Fax: 206.212.8516