## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | July 1, 2019 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-17-7381 (ILG) |
| **NAME OF CASE(S):** | **RIZZUTO V. DEBLASIO ET AL.** |
| **FOR PLAINTIFF(S):** | Apollo |
| **FOR DEFENDANT(S):** | Delmond, Kapowitz, Chadwell, Antupit (pro se by phone) |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 10:33 - 10:43 |

### RULINGS FROM STATUS CONFERENCE:

Plaintiff shall amend the complaint by August 1, 2019. Defendants shall file their motion to dismiss by October 3, 2019; Plaintiff shall file a response by November 4, 2019; and Defendants' reply shall be filed by November 18, 2019.