# ANDERSON KILL P.C.



Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ◼ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ◼ FAX: 212-278-1733
www.andersonkill.com

Deborah B. Koplovitz, Esq.
dkoplovitz@andersonkill.com
212-278-1084

_VIA ECF_                                                           September 26, 2019

Senior Judge I. Leo Glasser
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

     Re: Rizzuto v. Di Blasio, et. al. 17-cv-07381
     <ins>Our File: 105436.LAS10</ins>

Dear Judge Glasser:

  This firm represents the Defendants, the Legal Aid Society and Seymour W. James, Jr. in the above-referenced matter. We write to respectfully request that the Court confirm that in line with the magistrate's order dated May 25, 2018 (Dkt. 46), a copy of which is attached for Your Honor's convenience, that we are permitted to file certain documents under seal in conjunction with our clients' upcoming Motion to Dismiss the Complaint. The documents we intend to file in conjunction with the motion are documents from a previous family court matter involving two minor children, and it would not be appropriate to file said documents in such a way as to make them publicly available.

  While we believe that the magistrate's order (Dkt 46) also permits us to also file the same documents under seal which were filed in conjunction with the motion to disqualify, we respectfully request that the Court issue an order confirming same, such that we will be able to file hard copies with the Court under seal on October 3, 2019.

      Respectfully Submitted,

      <ins>/s/ Deborah B. Koplovitz</ins>

      Deborah B. Koplovitz

PIL
Enclosure

New York, NY ◼ Los Angeles, CA ◼ Stamford, CT ◼ Washington, DC ◼ Newark, NJ ◼ Philadelphia, PA

docs-100200257.1

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 24, 2018 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-7381 (ILG) |
| **NAME OF CASE(S):** | **RIZZUTO V. DE BLASIO ET AL.** |
| **FOR PLAINTIFF(S):** | Rizzuto |
| **FOR DEFENDANT(S):** | Livingston, Delmond, Chadwell, Antiputs (pro se) |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 1:30 - 2:39 |

**RULINGS FROM DISCOVERY HEARING:**

Defendant's Motion for Extension of Time to Answer [30] is terminated as moot.

Plaintiff's Motion for Leave to Amend the Complaint [40] is denied with leave to renew following a determination on the Motion to Disqualify Plaintiff's counsel.

Defendants' request [44] to have the exhibits attached to Plaintiffs' Motion to Compel [43] stricken from the record is granted in part.  Since many of the exhibits contain information that should have been redacted prior to being publicly filed, the Court will seal Plaintiff's Motion [43] and restrict access to just the parties in the case.

For the reasons discussed on the record, Plaintiff's Motion to Compel [43] is denied.

Plaintiff's response to Defendants' Motion for disqualification shall be served on Defendants by June 29, 2018.  Defendants' Reply shall be due on July 13, 2018.  Defendants will file the fully briefed motion on July 13, 2018.

Pro Se defendants given permission to appear by telephone for future conferences unless otherwise ordered by the Court.