UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MATTHEW RIZZUTO,

        Plaintiff,

v.

BILL De BLASIO, et al,

        Defendants.
------------------------------------------------------------x

ORDER
17-CV-7381

GLASSER, Senior United States District Judge:

    By letter dated September 26, the Defendants Legal Aid Society and Seymour James, Jr. request the court to issue an Order confirming an Order issued by Magistrate Judge Tiscione on May 24, 2018. DE 46. That docket entry records "Rulings From Discovery Hearings" among which is "the Court will seal Plaintiff's Motion [43] and restrict access to just the parties in the case." That Motion, DE 43, was to discover exhibits A-N.

    The letter advises that they intend to file "the same documents under seal which were filed in conjunction with the motion to disqualify . . ." If those documents are among the documents in the Plaintiff's Motion, DE 43, which Judge Tiscione sealed in DE 46, that Order appears to be still in effect and requires no confirmation.

    SO ORDERED.

Dated:    Brooklyn, New York
           September 27, 2019              /s/_____
                                                                     I. Leo Glasser
                                                                     Senior United States District Judge